IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO. 07-432M |
| | : | |
| v. | : | CRIMINAL NO. |
| | : | |
| CHRISTINA BELL, | : | VIOLATION: |
| | : | |
| | : | 18 U.S.C. § 666 |
| Defendant. | : | (Theft from a Program Receiving |
| | : | Federal Funds) |

### I N F O R M A T I O N

The United States Attorney informs the Court that:

### COUNT ONE

Between on or about January 5, 2007 through on or about June 29, 2007, within the District of Columbia, defendant **CHRISTINA BELL**, then an employee and agent of Howard University, an organization that receives benefits in excess of $10,000 per year, and in all relevant years, under a Federal program involving a grant, contract, and other federal assistance, did embezzle, steal, obtain by fraud, and without authority, the amount of $33,896.50, which was owned by, and in the care, custody and control of Howard University.

(**Theft from a Program Receiving Federal Funds**, in violation of Title 18, United States Code, Section 666)

JEFFREY A. TAYLOR
United States Attorney

By:      /s/
FREDERICK W. YETTE, AUSA, #385391
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 353-1666
Frederick.Yette@usdoj.gov