AO 455 (Rev 5/85) Waiver of Indictment

# United States District Court

———————— DISTRICT OF ————————

**FILED**
FEB 21 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| V. | |
| Christina Bell | CASE NUMBER. 08-20 |

I, _Christina Bell_, the above named defendant, who is accused of

18 U.S.C § 666 (a)(1)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _February 21, 2008_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _Henry Kennedy, Jr._
         Judicial Officer