CO-526
(12/86)

**FILED**

FEB 2 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          )
                                  )
                                  )
          **vs.**                 )          Criminal No.  08-20
                                  )
Christina Bell                    )
                                  )

### WAIVER OF TRIAL BY JURY

    With the consent of the United States Attorney and the
approval of the Court, the defendant waives his right to trial
by jury.

_____
                         **Defendant**

_____
                **Counsel for defendant**

**I consent:**

_____
**United States Attorney**

**Approved:**

_____
          **Judge**