IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO.:   08-20 (HHK) |
| | : |
| v. | : |
| | : |
| **CHRISTINA BELL,** | : |
| | : |
| Defendant. | : |
| | : |
| | : |

### NOTICE OF FILING OF VICTIM IMPACT STATEMENT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits the attached victim impact statement prepared by Sidney H. Evans, Jr., Senior Vice President and Chief Financial Officer-Treasurer, of Howard University. The victim impact statement speaks for itself, and the government intends to file a sentencing memorandum after the probation office releases the presentence report for defendant Bell.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____
FREDERICK W. YETTE
Assistant United States Attorney
D.C. Bar No. #385391
Federal Major Crimes Section
555 4th Street, N.W., 4th Floor
Washington, D.C.  20530
(202) 353-1666
Frederick.Yette@usdoj.gov



# HOWARD
# UNIVERSITY

Office of the Senior Vice President
Chief Finanical Officer
Treasurer

April 10, 2008

The Honorable Henry H. Kennedy
E. Barrett Prettyman U.S. District Courthouse
333 Constitution Ave., NW
Washington, DC  20001

Dear Judge Kennedy:

It is with great sadness and disappointment that I submit this victim impact statement for the sentencing of former Howard University employee Christina Bell. Howard University is a premier historically Black, private institution founded in 1867. The University prides itself as a unique and irreplaceable educational institution, defined by its core values, its instruction, research and service, and its enduring commitment to educating youth, particularly African Americans, and other people of color in particular for leadership and service throughout the global community.  Christina Bell was a trusted member of the Human Resources Office of Total Compensation.  She was employed as a Benefits Data Analyst, responsible for collecting and transmitting employee and employer funds.  Over her two year employment, she was given increasingly responsible duties.  To support this effort, Ms. Bell was given instruction, resources, professional development and training to support the requirements of her position.

Ms. Bell betrayed this trust and investment.  Ms. Bell's criminal behavior was an affront to those former and current members of the Human Resources Office of Total Compensation and the University.  Ms. Bell took advantage of the trust placed in her as a member  the Human Resources Office of Total Compensation for her own personal gain. By violating this position of trust, she has compromised the integrity and professionalism of this Office.  Her actions have not only impacted the Human Resources Office of Total Compensation but the entire University community and she should be held accountable.  Her illegal transactions reflect a total disregard for the faculty, staff and students of Howard University.  The reckless misappropriation of $33,892.31 in retirement contributions and the significant financial damages caused by Ms. Bell's accessing and disposing of **$13,892.31** in retirement contributions reflect her blatant disregard for the confidence vested in her.  Her actions, reported by local media, caused members of the University Faculty and Staff to question the security of their investments and served to blemish the reputation of the entire Howard University community.  These selfish actions are counter to the mission of the University and have caused embarrassment and harm to the University.



2400 6th Street, NW
Washington, DC 20059

Telephone 202 806 2050
Facsimile 202 667 5261
www.howard.edu

The Honorable Henry H. Kennedy
April 10, 2008
Page 2


The University asks that Christina Bell serve a term of imprisonment of at least (6) six months, and be required to pay restitution to the University for the amount of money embezzled from Howard. Finally, the University asks that, as part of her sentence, Ms. Bell be required to perform community service at an organization that works with disadvantaged youth. My hope, your Honor, is that Christina Bell will be forever mindful that she has a chance at rehabilitation and realizes that a criminal lifestyle has lifetime consequences and that she will use this experience to redeem herself and become a productive member of society.

Sincerely,

Sidney H. Evans, Jr.
Senior Vice President
Chief Financial Officer-Treasurer