UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Cr. No. 08-020 (HHK) |
| : | |
| CHRISTINA M. BELL, : | |
| : | |
| **Defendant** : | |

## SENTENCING MEMORANDUM

On February 21, 2008, Ms. Bell pled guilty to a one-count, Information charging her with Theft from a Program Receiving Federal Funds, in violation of 18 U.S.C. § 666. She will appear before this Honorable Court for sentencing on June 20, 2008. Ms. Bell, through undersigned counsel, respectfully submits the following information for the Court's consideration in determining a fair and just sentence.

## BACKGROUND

On February 5, 2008, a one-count Information was filed charging Ms. Bell with Theft from a Program Receiving Federal Funds, in violation of 18 U.S.C. § 666. Ms. Bell pled guilty to the information on February 21, 2008, pursuant to a written plea agreement. Pursuant to the plea agreement, the government agreed to a two-level reduction for acceptance of responsibility, pursuant to §3E1.1.

The Pre-Sentence Report calculates the applicable sentencing range under the United States Sentencing Guidelines (hereinafter "Guidelines") as a range of 6 to 12 months within Zone B. See PSR, ¶ 59, pg. 11. There are no disputes to this calculation, however, Ms. Bell submits that the factors identified in 18 U.S.C. § 3553(a) support her request that she be given a sentence of probation.

## ARGUMENT

Notwithstanding the agreements stated in the plea agreement, it should be noted, however, that the Guidelines are not mandatory, but merely advisory. The factors identified in 18 U.S.C. § 3553(a) support Ms. Bell's request that she be given a sentence of probation. The Court must consider the Guidelines, along with the other factors set forth in 18 U.S.C. § 3553(a). United States v. Booker, 543 U.S. 220, 260 (2005). These factors include: "The nature and circumstances of the offense and the history and characteristics of the defendant; . . . the kinds of sentences available; . . . the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and . . . the need to provide restitution to any victims of the offense." 18 U.S.C. 3553(a). Pursuant to 18 U.S.C. § 3661,

> No limitation shall be placed on the information concerning the background, character, and conduct of a person convicted of an offense which a court of the United States may receive and consider for the purposes of imposing an appropriate sentence.

After considering all of the factors set forth in § 3553(a), the Court must impose a sentence "that reflect[s] the seriousness of the offense, promote[s] respect for the law, provide[s] just punishment, afford[s] adequate deterrence, protect[s] the public, and effectively provide[s] the defendant with needed educational or vocational training and medical care." Id. at 765 (citing 18 U.S.C. § 3553(a)(2)). Section 3582 of Title 18 provides:

> [t]he court, in determining whether to impose a sentence of imprisonment, and, if a term of imprisonment is to be imposed, in determining the length of the term, shall consider the factors set forth in Section 3553(a) to the extent that they are applicable, **recognizing that imprisonment is not an appropriate means of promoting correction and rehabilitation.** (Emphasis added).

With that limitation and considering all of the purposes of sentencing, the Court must impose a sentence that is "sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph [(a)](2) [of § 3553]." 18 U.S.C. § 3553(a).

As the Supreme Court recently confirmed, courts are "no longer . . . tied to the sentencing range indicated in the Guidelines." Cunningham v. California, 127 S. Ct. 856, 867 (2007). Instead, courts are "obliged to 'take account of' that range along with the sentencing goals Congress enumerated in the [Sentencing Reform Act] at 18 U.S.C. § 3553(a)." Id. (quoting Booker, 543 U.S. at 259, 264); see also United States v. Pickett, 475 F.3d 1347, 1351 (D.C. Cir. 2007) ("The Court's remedial opinion [in Booker] required the district court to treat the Guidelines as advisory only and as simply one factor to be considered in sentencing.").

A review of all of the applicable factors set forth in § 3553(a) demonstrates that a sentence of probation would be warranted in this matter, and that a sentence of imprisonment within the Guideline range would be greater than necessary to meet the sentencing purposes set forth in § 3553(a)(2).

**I.     Factors of Ms. Bell that the Court Should Consider under § 3553(a)(1)**

    *I.     Nature of the Offense*

The crime to which Ms. Bell pled guilty to is a very serious offense. Her conduct has not only caused great hardship, embarrassment and pain to herself, her former co-workers, and Howard University - but it has also had a significant detrimental effect on her relationship with her family and friends. As the PreSentence Report states, between January 2007 through June 2007, Ms. Bell made unauthorized contributions into her employee-related retirement accounts. In sum, Ms. Bell fraudulently contributed over $33,000.00 to which she unlawfully borrowed

$13,892.31.  Ms. Bell deeply regrets these actions and is very remorseful for the harm she caused to the integrity of the Human Resources Department of Howard University, and her family and friends.

    II.     *Characteristics of the Defendant*

Ms. Bell is a 34-year-old woman who was born and raised in Richmond, Virginia.  Ms. Bell moved to the D.C. metropolitan area approximately four years ago because of her husband's job.  Ms. Bell's parents and her siblings all reside in the Richmond, Virginia area and share a close relationship with one another.  Ms. Bell received a Bachelor's degree in Business Administration in 2001 from Averett University located in Danville, Virginia.  Prior to receiving this degree, Ms. Bell secured an Associates Degree in Office Systems Management from J. Sargent Reynolds Community College in Richmond, Virginia.  Ms. Bell has also previously held licenses in the insurance industry.

Ms. Bell is a committed and loving mother to her two children - Breshae, (age 11) and Malik (age 8).  Ms. Bell takes great pride in her relationship with her children and is very involved in their school work as well as their extracurricular activities.  In addition to being a loving and committed mother, Ms. Bell is also a committed wife who has been married to Antonio Bell since 1996.  Mr. and Mrs. Bell have endured many trials and tribulations throughout their relationship and in 2005 they separated due to Mr. Bell's unfaithfulness.  Fortunately, both of them were able to work through these issues and they reconciled in 2007.  As evidenced by the attached letters from her family and friends[1], Ms. Bell's commitment to her family is firmly rooted.

---

[1] Please see the attached letters as Exhibit 1.

Throughout her life, Ms. Bell has tried to do the right thing and be a strong and positive influence for those in her life. In addition to these values, Ms. Bell also has a strong work ethic. She has consistently been gainfully employed since she left high school in 1992. Most recently, Ms. Bell has been employed full-time as an administrative assistant for the University of Maryland Hospital in Baltimore, Maryland through a temporary agency. In addition to this full-time position, Ms. Bell has recently secured a second part-time job with the restaurant Appleby's in Baltimore, Maryland, as a food service prep cook. She works approximately four shifts per week with Appleby's.

The combination of Ms. Bell's employment history, family responsibilities, and her extremely close relationship with her children, clearly warrant a sentence of probation.

    III.    *Sentencing Ms. Bell to a Sentence of Incarceration would be Unduly Punitive and would Delay Restitution Payments*

The imposition of a sentence of imprisonment in the instant case would serve no purpose other than punishment. Imposing a sentence of imprisonment in this case would prove more detrimental to Ms. Bell's character than rehabilitative or instructive. Punishment is indeed one of the purposes of sentencing, but the toll the instant case has taken on her personally and professionally, in addition to the shame that Ms. Bell personally feels, and the fact that, in any case, conditions will be imposed and her liberty restricted certainly serve - in Ms. Bell's case - as adequate punishment. Also, Ms. Bell's record is now permanently stamped with a felony conviction that will never be expunged.

Further, the Court should be advised that the restitution amount in this case is $13,892.31. However, when Ms. Bell was terminated from Howard University in June 2007, her last paycheck, with consisted of eighty hours of pay, in addition to 120 hours of annual leave were

5

frozen by the human resource department at Howard University. As a result, approximately $7,196.20 was held by Howard University pending the outcome of this case. On June 11, 2008, undersigned counsel was advised by the government that Howard University will credit Ms. Bell's restitution for the full amount they had previously frozen. Therefore, Ms. Bell now owes Howard University $6,696.11.

This Court should consider this remaining amount of restitution in imposing a sentence in this case. If Ms. Bell is given any term of incarceration she will likely lose her jobs and be unable to provide restitution to Howard University in a timely fashion - if at all. The need to provide restitution to Howard University shall be considered by this Court pursuant to § 3553 (a)(7) in determining an appropriate sentence for Ms. Bell.

## CONCLUSION

For all of the foregoing reasons and such other reasons that may be discussed at the sentencing hearing in this matter, Ms. Bell respectfully submits that a sentence of probation is adequate to promote the relevant sentencing objectives at issue in this case. Sentencing Ms. Bell to a term of probation is "sufficient, but not greater than necessary to reflect the seriousness of the offense, promote respect for the law, provide just punishment, afford adequate deterrence, protect the public, or effectively provide Ms. Bell with needed educational or vocational training and medical care." See 18 U.S.C. § 3553(a).

    _____

_____Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

Honorable Henry H Kennedy
United States District Judge
333 Constitution Avenue, N.W.
Washington, DC 2001

Dear Judge Kennedy,

I am, Antonio Bell, Christina Bell is my wife of 12 years and we have 2 children. Our children are 11 and 8 years old. We were married in Richmond, Virginia . She was born in Virginia and attended school there. She has always had 2 or more jobs to help support our family. We moved to Baltimore, Maryland approximately 5 years ago because my job relocated to Baltimore. I have not always been supportive as I should have been. She had to work more than one job to help support our family because I was only working one job and not being truthful about having another job. After a few cooping with the fact that I had more than one affair on my wife she move out for a while, however we are back together. I have made a change in my life. She and I have gone through marriage counseling. The decision she made was really out of her character. She goes to church regularly. My wife make sure that our family is where we are suppose to be when we are suppose to be there. Our children are very active in supporting events and my wife always make sure either she or I are there to support them. She is normally there to support them because I am now working 2 jobs which I am at work for most of there events. On her daily routine she gets up early to make sure the day is planned for every one. She starts by cooking breakfast and packing lunches for everybody our 2 children, herself, and me. On the way home she is calling to make sure that the kids are ready for the evening and make sure things are in place, 2 days a week she take our son to basketball practice drop him off and then she travels to the other side of town to drop of our daughter at basketball practice. She returns back home long enough to stick something in the oven for dinner then she off again to pick up our son then to get our daughter. Return home and she make sure the children, home work is complete, finish dinner, have their baths, combs my daughters hair, pick out clothes for school the next day, and then they off to bed all by 9:00. While they are in the bed she is up cleaning up and getting ready to go to 1 of her part time jobs. She is currently working 1 full time job and 2 part time jobs. She works the other part time job on the other 3 days of the week that there is no basketball/football/soccer/baseball/softball practice. On the weekend she is equally as business because our children games are normally on the weekend mornings and then she goes to her other part time job of which she works really late. Your Honor my wife is the support of our family and she has helped me and so many other people through out our marriage. She allowed one of her friend daughter to stay with us when her mother was not able to take care of her. She also has a cousin who has three children living in a very bad part of Richmond, Virginia and she took those three little children into our home for over a year. I know my wife has learned her lesson. She tells me that she has ruined her life she will not be able to become an Insurance Agent. I reminder her of what she tells me that "You made a mistake and you are human you need to learn from your mistake and keep pressing on because God loves you and so do I" "I was here for you when did and I going to be here for you to see it through, I am not God but I am your husband". My wife encourages me because when I meet her I was working and restaurants and not really being very stable. She helps me get a really good job and taught me how to handle business affairs. My wife and I long term dream to own her on Insurance Agency and I know she will because she works so hard to achieve her goals and I have dedicated my life to making sure that her dream come through.

Thank you,

Antonio Bell

Honorable Henry H. Kennedy
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

June 4, 2008

Dear Judge Kennedy,

I am writing to you on behalf of my friend, my best friend; Christina Bell. I know that Christina has pled guilty to the offense of Theft from a Program Receiving Federal Benefits. I am disappointed in Christina's actions. It is out of character, to say the least, for her to commit a crime of any sort. Christina has always been an honorable, law abiding citizen. Over the years, she has been the person that I looked to for direction. Christina and I have been best friends since we were 15 years old. She always made good grades and participated in all kinds of extra curricular activities. I wanted to be like her. Christina has always had big goals and aspirations for her future. She is very ambitious.

Christina is a great person on so many levels. She is a wonderful and caring friend to me. She has always been a respectful daughter to her parents. I have lived with Christina in the past, and I know first hand that she is a hard working, dedicated mother and wife. I can say that she has helped me to be a better mother. I have also had the opportunity to work with Christina a few times over the years. Her work ethic has always been strong. She is definitely an overachiever, always striving to improve and advance in her field.

I know that Christina has such big dreams for her future. The crime that she has pled guilty to, unfortunately is a setback for those dreams. I trust that she will only allow it to be a setback and not a permanent road block. One thing that I do know about Christina, is that she learns from her mistakes and rarely makes the same mistake twice. Christina knows that she needs to be held accountable for her actions. I have had numerous conversations with Christina about what has happened as a result of her actions. I feel that she is truly remorseful and regretful for the choices that she made.

The most important thing I want to convey to you, Your Honor; about Christina Bell is that she is a good person, who made a bad decision. I am proud to call her my best friend, and I consider her character to be of the highest quality. I hope you will consider that when passing down Christina's sentence.

Thank you,

*Kimberly D. Pell*
Kimberly D. Pell

06-05-2008
Dear Judge Kennedy

**Christina Michelle Bell**

I have known Christina for 23 years as her younger sibling. I can confirm that she is a woman of great integrity, is extremely dedicated to her family and work, and is entirely peace-loving. Christina's, loving and hard-working mentality has opened many opportunities for her throughout life. Christina's character/personality has been a great asset through all of her life. I recognize that Christina's behavior is totally unacceptable. However, I believe this has been a huge learning experience for her. I truly believe Christina has learned through this terrible decision, that her honor and integrity has been challenged and to never make an unwise decision like this again. Although, she has not always done everything right, she has always acknowledged her wrong doings and became a better person from them.

Yours faithfully
Sharonda Jackson

Honorable Henry H. Kennedy
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Kennedy,

I am writing you today concerning my sister in law Christina M. Bell. Christina has admitted to me that she has committed a crime. As difficult as it was for her to admit to me, it was equally as difficult to believe her confession. Christina has always been an honest hard working overachiever and because of these qualities she possesses, I do not believe she will commit any type of crime again in the future.

I first met her on January 7, 1997, immediately following the birth of my niece her firstborn Breshae' Bell. Christina had gone into labor while her brother and I were leaving from a funeral of a close friend of mine. The birth of a first child is usually very personal and enjoyed by immediate family members. This was a very awkward situation for me, as I was still mourning and Christina a complete stranger had welcomed me into her personal and private setting with love and understanding. The unselfishness and unconditional love for others Christina displayed on the first day I met her has never left her spirit.

Christina has never really been a sister in law to me; she has always gone above and beyond. Christina has been a co-worker, sister, mother, friend etc. In all of these roles she has always given me love, hope, support and discipline. A few examples are Christina's referral to my present employer which I have been employed since April 1998 where I worked as her co-worker. Christina's motherly encouragement helped me join our church choir. Family is very important to Christina and knowing that I am an only child, Christina has always made every effort to be the big sister I never had.

Christina has a zest for life that I have never seen in another human being. Her involvement in community and volunteering has made her very resourceful. She is the person people go to when they need to know what is fun and exciting to do and also educational all in the same. She is always positive and full of energy. She makes any task look easy and never complains or shows frustration while doing it. Christina is known for making you laugh to dry up tears. Christina also has a special way of making sure anyone involved in a particular activity feels appreciated and special. This is best shown in her heart felt hug. Christina last but not least is amazingly appreciative of the people in her life, and this is best demonstrated by her soft spoken "thank you".

Sincerely,
Chantelle A. Jackson

Honorable Henry H Kennedy
United States District Judge
333 Constitution Avenue N.W.
Washington D.C. 20001

Dear Judge Kennedy

This letter is being written on the behalf of Mrs. Christina Bell, who is my daughter that I regretfully understand has pleaded guilty to a charge of theft from a program receiving Federal Benefits. I Leonia Jackson the father of Christina is truly applauded to hear of such an act that is so out of character for her.

Christina was raised in a Christian and structured home. She was a very obedient, respectful and pleasant child and young adult. My wife and I did not have any major problems with Christina; she was considered a role model for her younger siblings and peers. Christina spent her spare time helping handicap children and tutoring special need children. She also assisted older adults with basic computer training. She was very activity in church, singing in the choir, serving within the usher ministry, participated in the church's tutoring program as an instructor, and performing clerical duties.

Christina was a very activity participant in the girl scot program, receiving many awards for community, county, and state wide volunteer work.

Christina is a very ambitious young lady; she has worked so hard to accomplish her present goals. Christina continued her education after graduating from high, even being a wife and then shortly a mother. She received a Bachelor's degree in Business Administration from Averett University in Lynchburg Virginia. Since that time Christina has been employed with several major companies, leaving to advance with honorable recommendations. Christina expanded her knowledge even farther by obtaining state licensees in Virginia and Maryland to sell property and casualty, life and health insurance. Within Christina's employment history she has been responsible for large accounts that allowed open opportunity for monary misplacement if the desire was to do so, this was not the case. Her accounts were always balanced and funds represented properly. I feel this unfortunate temporary bad judgment offense was due to what she believed to be a no hope financial saturation.

Christina and I have conversed on many occasions concerning this offense and she regrets even the thought of such an offense. Christina has apologized numeral times to her family, friends and law official. Because of her true character, personality and realizing the cost and consequences of this type of offense I don't feel she will ever do anything remotely similar to this ever again.

I am asking the courts mercy when making a final decision on this case. My daughter is not one to break the law in any way, until about a year ago she didn't even have a parking ticket. She just made a very bad one time decision.

Thanks,

Mr. Leonia G. Jackson

*[signature]*

Honorable Henry H Kennedy
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Kennedy

I am Mrs. Rebecca Jackson mother of Mrs. Christina Bell whom has pleaded guilty to Theft from a Program Receiving Federal Benefits; this action has truly sadness my heart. Christina has been a wonderful daughter, beautiful mother and wife, and most of all an outstanding honest citizen. She has been very activity in the Church; singing on the choir, leader of the youth, creating and preparing documents for the church. Christina as a young adult was very obedient and respectful. She has never been in any trouble with the law, not even a speeding ticket. This incident is totally out of character for Christina. I feel this unfortunate incident was performed out of extreme need for financial assistance, and very bad judgment. Since the incident Christina and I have had quality time to talk and pray together, she is very upset and regrets her actions in the upmost. She understands there are penalties for any crime or sin that is committed, and is asking the courts mercy as well as God's forgiveness. I am assured this type of bad judgment will never enter Christina's mind again. She understands how this act of bad judgment has caused her so much pain and misery. She truly understands the cost of losing trust, honor and respect from family, friends and the law.

Christina has been a career driven young lady since high school, where she received awards for journalism, planning strategist, and computer literacy. She continued her education attending a community college in Richmond and then graduating receiving a Bachelor's in business from Averett University in Lynchburg Virginia.

Christina is an excellent employee, punctual, completing high quality work; she executes a willing and cooperative attitude in her place of employment. She was employed by one of State Farm's most successful agents in Richmond Virginia, where she was an insurance sale agency, licensees for the sale of property and casualty, life and health in the states of Virginia and Maryland.

Christina have held several positions in Human resources, balancing and receipt, reconciliation of income and earnings, within these positions she handled large sums of money and availability to extreme large accounts. Christina left each of these positions with honor referrals.

Christina is a wonderful mother and wife; she puts the family needs before her own. She is actively involved with her children in church, school, and extra curriculums, such as basket ball, football, soccer and baseball. She interacts with other parents and official very well, actually they request her present at each game to get the spirit going. She is a happy extrovert that loves good clean fun.

Christina's plan for the future is to obtain her masters in Business and continue to pursue her career at becoming an independent insurance agent.

I love and adore my daughter and am begging the courts mercy and leniency when judging her case. I am confidence Christina will never commit or be involved in this type of offense again.

Sincerely,

Mrs. Rebecca Jackson

Dear Honorable Henry H Kennedy
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

   I'm Dwight L. Jackson brother of Christina Bell writing you to tell you a little bit about her history and character I being her younger brother always looked up to her as a role model. Christina was the grandmother of the family she remembers everyone's birthday, anniversaries etc. She also was the one that looked over us and telling the right thing to do to stay out of trouble. Tina used to tell us if you won't do it in front of mom then don't do it. She help me to graduate high school when I wanted to give up she always had an encouraging word to say. Don't give up now big little brother we come to far you can do it just try. Mom and Dad will be so proud of you and you know I will. When I was not doing very well in one school she let me move in with her to get a new start.

   Christina Bell is always striving to become more then what she is now. For example going to college after high school and receiving a bachelor's degree. Then she strives to become a successful business woman and she had a lot of success. Christina still want to go back to school for her masters. Christina has always had a dream to own her own business and she is still working toward that goal. Christina is a loving mother of two. She is also a loving, caring and understanding wife. To her family she is the sweetest person you ever want to know. She is a great friend to any one if you call her she will be there. She will give her last dime if it will help you. Christina is also active in church. She helps out at her children's school and at their games. She spends a lot of time with her family.

   Christina understands some things she has done in the past are wrong. She also understands that it takes hard work to be successful. Christina also wants to be known as a hard worker. She wants to make it to the top and she knows that it is not given to you. Christina knows her family is behind her and will do what it takes help her make the right decision. With love and understanding she knows that her family will help her get over any obstacles that come her way.

                    Sincerely yours,

Dwight L. Jackson

May 26, 2008

Re: Court Hearing

Dear Judge Kennedy,

I want to start by first thanking you for taking the time to read my letter in advance. I am writing on behalf of Christina Bell, who happens to be a dear friend of mines. Mrs. Bell works very hard to take care of her family and in doing so, remains a very kind hearted, caring individual who would offer you the clothes off of her back. She has a winning personality, a lot of motivation and a discern heart. She has had her share of trail and error but she still remains a strong Christian. She spends a great deal of time with her children and is very active in their education at all times. I can't begin to express how much of a difference Christina Bell has made in my life. She has been a very positive influence on me as well as others. Mrs. Bell has come to my aid when I didn't have food to put on my table. She has provided transportation so I could get back and forth to work as well as daycare services for my children. I really thank God for her. She's a strong vessel of strength to anyone she comes in contact with. Whether it's a kind word, a friendly ear or a helping hand, Mrs. Bell is always there with open arms. She's devoted to family and friends whom would be lost without her. Your Honor, we've all made mistakes some more critical the others, we've all fallen short of God's Glory. He's giving us a helping hand and that's what Mrs. Bell has been. Mrs. Bell is a woman of good statue and of the law. She's learned her lesson. She understands her fault; the thought of being without her family is tearing her to shreds. Due to the circumstances please don't convicted her heart.


Sincere regards,
Chara Davis

Tenisha Kearney
2340 Noonham Rd
Baltimore MD, 21244
June 11, 2008



Honorable Henry H Kennedy
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001


Dear Judge Kennedy:


This hears is an honor to write a letter about my dear and very best friend in the world Ms. Bell. For several years now as I stated in the sentence above Ms. Bell and I are best friends. Usually I don't take to and or let people in my space especially females however I believe Ms. Bell is and was a gift from God. Over the course of the years that we have know each other, I seen her at her highest of Highs and her lowest of low trying to help and put others first before herself just because that is the loving and caring person that she is.

She has thought me a lot about life's experiences, struggles, disappointments, goals and dreams and how to be an over all better and reasonable person. The happiness, Joy, excitement and love that you feel and that is in a room with Ms. Bell and her family are unexplainable. It feels like peace here on earth and the vibe that you get makes you feel like your are loved, special, excepted, and unique and wanted even when you feel worthless. This woman has thought me how not to be selfishness and to give with a kind, free willing and open heart.

I admire t this woman because no matter how hard and tire some her day is. She always make time to devoted to her family especially here children and she makes sure they get ever where they need to go. For example she had 2 children a girl and a boy that plays basketball .Her work day at one time was 7:30- 4:30 by the time she gets home it's around 5:15 she make sure the children has a snack and is dressed for practice. One child has to be at practice at 6pm and the other child has to be at practice by 6:30 and they are on different sides of town. So after she drops her son off at 6 she has to drive to the opposite side of town to make sure that her daughter gets to her practice on time. Once she drops her daughter off (guess what yep) it is time for to drive back across town to pick up her son and then back to pick up her daughter. Once they get in the house it is

time for homework, the checking of homework, the cooking of dinner and preparing their plates for them to eat. Once the children have eating it is time for one of them to get in the tub while the other is getting their clothes ready and vise verses a. Once she gets them ready for bed she then prepares their lunch for school. Finally she then goes to sleep and go right back to doing the same thing the next and the next day and so forth after that. What do you call a woman like that I define her as been a phenomenal woman.

A phenomenal woman is what I wanted to become but I didn't think that it could be done I was a single mother with no support. I could remember days I just wanted to throw in the towel and give up on life and my child however, the emotional support that I received from her was truly of GOD she let me know that life is met to have obstacles and struggles she constantly reminds me that I have come to far to turn back now.

She was like a mother to me when I felt ugly she told be I was pretty; when I felt fat she told me I was beautiful. When I fall down she reached her hand down towards the ground help me get up and lift my spirit by letting me know that no matter how much wrong I do and no matter home many times I fell GOD would be their and so would she. She is like my Siamese twins we have cried, laughed together and shared so many secretes it's crazy on couple of occasions we she felt pain in her body I felt pain in my body it is so much more than more then a friendship.
Only a true friend can tell you the truth, hurt your feelings, make you feel like you are the worst person in the world and in the same sentence make you feel like you are the greatest most loved, appreciated, caring and one of a kind sister and a person she would lay her life on the line for.

I know this woman has learned her lesson since all of this has happened and there was a possible of serving time the only thing that matter was the fact that her children could be taking away from her broke her down. When your children do something extremely bad most of the time it makes us angry but most important it disappoints us and lets us down. That is the only thing that would come out of her month I am a failure I have disappointed my children, they are all I have and now they will be taking from me and I will not be able to see them for a well was devastation to her. This situation knocked her down to her lowest of lows a place where I had never seen her before. Some people never realize what they have until it is gone but GOD spares some of our lives because what he has called us to do in life has not been achieved yet, Some times we get side tracked so he has to give us a realty check and I believe that this was a reality check for Ms. Bell. GOD showed her where she could have ended up if his arms were protecting her.
I believe that this situation has changed her this situation really humiliated her. So she had to humble her self even more then she already is. This is definitely a life lesson and experience for our entire family. Especially for me can you imagine you and your Siamese twin been connected at the chest meaning we only have one heart to share. Imagine you being separated only one of you would survive. That's how our relationship is so please find it in your heart, (the heart that my sister and I share) not to separate us. I LOVE MY BEST FRIEND, I LOVE MY SISTER and we could not imagine life without each other especially when you have been together for so long and share every moment with one another.

Think about that best friend that you have or once had in your life weather it's a mother, father, daughter, son, sister, brother, cousin it could be anyone that you love dearly. Imagine someone taking them away from you. Or think about how you felt when we where taking from you (which ever one applies). Wouldn't you be devastated like me?

Thank your for reading my letter and giving me a chance express my feeling towards this matter. We have giving Ms. Bell another chance and forgiveness. I ask that you will as well?

Respectfully yours,

Tenisha Kearney